PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

MAGISTRATE JUDGE VALDEZ

JUDGE MANNING

| DOCKET NUMBER (Tran. Court) |
|---|
| 06-CR-1593-002-JAH |

| DOCKET NUMBER (Rec. Court) |
|---|
| |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT - SD/CA | DIVISION |
|---|---|---|
| Jennifer Lynn Sowiak | | San Diego |

**08CR 0185**

| NAME OF SENTENCING JUDGE |
|---|
| Hon. John A. Houston |

| DATES OF SUPERVISED RELEASE | FROM 09-01-07 | TO 08-31-10 |
|---|---|---|

**OFFENSE**

8 U.S.C. § 1324 (a)(2)(B)(iii), and 18 § U.S.C. 2, Bringing in Illegal Aliens Without Presentation, and Aiding and Abetting, a Class C felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the SOUTHERN DISTRICT OF ILLINOIS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

F I L E D

FEB 2 7 2008 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1-11-2008
Date

Hon. John A. Houston
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

FEB 2 6 2008
Effective Date

United States District Judge