# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

March 12, 2008

Clerk, U.S. District Court
Northern District of Illinois, Eastern Division
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

**Transfer of Jurisdiction**

    Our Case #:    06CR1593-JAH
    Re:    Jennifer Lynn Sowiak

                      O8cr 185- NDIL

Dear Clerk of the Court:

    Enclosed please find the following documents:

        Certified copy of Transfer of Jurisdiction
        Certified copy of indictment, information or complaint
        Certified copy of Judgment
        Certified copy of docket sheet
        Certified copy of any OSC's

    Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                            Sincerely yours,

                            W. Samuel Hamrick, Jr.
                            Clerk of Court

                            By: _____
                               J. Petersen, Deputy Clerk

---

**FILED**

MAR 19 2008
March 19, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS

312-435-5698

**March 3, 2008**

Mr. Sam Hamrick
Clerk
United States District Court
Edward J. Schwartz Federal Building,
  Suite 4290
880 Front Street
San Diego, CA 92101

Dear Clerk:

**Re:**   US v Jennifer Lynn Sowiak
Our case number:   - 08 cr 185

Dear Clerk:

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Jennifer Lynn Sowiak, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:  Yvette Pearson,   Deputy Clerk

Enclosure

copy

| PROB 22 (Rev. 3/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | **MAGISTRATE JUDGE VALDEZ** | 06-CR-1593-002-JAH |
| | **JUDGE MANNING** | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT - SD/CA | DIVISION |
|---|---|---|
| Jennifer Lynn Sowiak | | San Diego |
| | NAME OF SENTENCING JUDGE | |
| **08CR 0185** | Hon. John A. Houston | |
| | DATES OF SUPERVISED RELEASE | FROM 09-01-07    TO 08-31-10 |

**OFFENSE**

8 U.S.C. § 1324 (a)(2)(B)(iii), and 18 § U.S.C. 2, Bringing in Illegal Aliens Without Presentation, and Aiding and Abetting, a Class C felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the SOUTHERN DISTRICT OF ILLINOIS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

DOCKETED FEB 28 2008

1-11-2008
Date

Hon. John A. Houston
U.S. District Judge

FILED
FEB 27 2008 CM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COUR

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

FEB 26 2008
Effective Date

I hereby attest and certify on 3-12-08 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

James F. Holderman
United States District Judge

# U.S. District Court
## Southern District of California (San Diego)
## CRIMINAL DOCKET FOR CASE #: 3:06-cr-01593-JAH-2
### Internal Use Only

Case title: USA v. Lee  
Magistrate judge case number: 3:06-mj-01244

Date Filed: 07/13/2006  
Date Terminated: 12/05/2006

Assigned to: Judge John A. Houston

**Defendant**

**Jennifer Lynn Sowiak (2)**  
*TERMINATED: 12/05/2006*  
*also known as*  
Jennifer Lynn Sawiak (2)  
*TERMINATED: 12/05/2006*

represented by **Federal Defenders**  
Federal Defenders of San Diego  
225 Broadway  
Suite 900  
San Diego, CA 92101-5008  
(619)234-8467  
Fax: (619)687-2666  
Email: cassd_ecf@fd.org  
*TERMINATED: 09/01/2006*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Andrew Lah**  
Federal Defenders of San Diego  
225 Broadway  
Suite 900  
San Diego, CA 92101-5008  
(619)234-8467  
Fax: (619)687-2666  
Email: andrew_Lah@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

8:1324(a)(2)(B)(iii); 18:2 - Bringing in Illegal Aliens Without Prensentation and Aiding and Abetting  
(1)

**Disposition**

Custody of the Bureau of Prisons for EIGHTEEN (18) MONTHS, supervised release for THREE (3) YEARS with conditions. No fine. $100.00 penalty

assessment. Appeal rights waived.

**Highest Offense Level (Opening)**
Felony

**Terminated Counts**                               **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                      **Disposition**
None

---

**Material Witness**

**Claudia Rojas-Gutierrez**         represented by  **Marilyn B Gunner**
                                                    Law Office of Marilyn B Gunner
                                                    PO Box 605
                                                    La Mesa, CA 91944-0605
                                                    (619)461-8716
                                                    Fax: (619)461-6795
                                                    Email: mgunner@cox.net
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: CJA Appointment*

**Plaintiff**

**United States of America**        represented by  **U S Attorney CR**
                                                    U S Attorneys Office Southern District
                                                    of California
                                                    Criminal Division
                                                    880 Front Street
                                                    Room 6293
                                                    San Diego, CA 92101
                                                    (619)557-5610
                                                    Fax: (619)557-5917
                                                    Email: Efile.dkt.gc2@usdoj.gov
                                                    *TERMINATED: 09/01/2006*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

Christopher Michael Alexander
U S Attorneys Office Southern District
of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email: Christopher.M.Alexander@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/28/2006 | | DEFENDANT Samantha Lynn Leiloni Lee and Jennifer Lynn Sawiak arrested [ 3:06-m -1244 ] (smv) (Entered: 07/03/2006) |
| 06/30/2006 | 1 | COMPLAINT against defendant Samantha Lynn Leiloni Lee, defendant Jennifer Lynn Sawiak , signed by Magistrate Judge Leo S. Papas [ 3:06-m -1244 ] (tel) (Entered: 06/30/2006) |
| 06/30/2006 | 2 | Enter Order by Magistrate Judge Leo S. Papas: Specially appearing attorney Federal Defenders, Inc. for Dft Samantha Lynn Leiloni Lee (1), first appearance of Samantha Lynn Leiloni Lee (1) on cmp, Attorney Gregory D Obenauer appointed - not appearing , first appearance of Jennifer Lynn Sawiak (2) on cmp, Attorney Joseph Milchen - specially appearing , Dfts Samantha Lynn Leiloni Lee (1) and Jennifer Lynn Sawiak (2) informed of charges , $15,000 P/S bond set for Samantha Lynn Leiloni Lee (1) , $25,000 P/S bond set for Jennifer Lynn Sawiak (2) , adding Attorney Marilyn B Gunner appointed - not appearing for Material Witness Claudia Rojas-Gutierrez , M/W bail set at $5,000 P/S w/10 percent cash deposit, M/W must be able to legally remain in the U.S. with pretrial supervision as to Material Witness Claudia Rojas-Gutierrez (arr) , preliminary hrg set for 9:00 7/13/06 for Samantha Lynn Leiloni Lee (1) and for Jennifer Lynn Sawiak (2) before Mag Judge Roger McKee ; Court Reporter: LSP06-2:15-35;3:05-13 [ 3:06-m -1244 ] (smv) Modified on 07/03/2006 (Entered: 07/03/2006) |
| 06/30/2006 | 4 | ORDER by Magistrate Judge Leo S. Papas setting conditions of release for Jennifer Lynn Sawiak. Restrict travel to the Southern District of California and do not enter Mexico. Drug testing-2 random tests within 30 days of release. If either is positive continued testing up to 6 randoms per month in discretion of PTS. If both tests negative, no further testing. [ 3:06-m -1244 ] (jsp) (Entered: 07/10/2006) |

| | | |
|---|---|---|
| 07/13/2006 | 6 | INFORMATION by USA . Samantha Lynn Leiloni Lee (1) count(s) 1, Jennifer Lynn Sawiak (2) count(s) 1 (jpp) (Entered: 07/17/2006) |
| 07/13/2006 | 8 | WAIVER of Indictment by defendant Jennifer Lynn Sawiak (jpp) (Entered: 07/17/2006) |
| 07/13/2006 | 9 | Minutes: Enter Order by Magistrate Judge Roger C. McKee ; dft Samantha Lynn Leiloni Lee, Jennifer Lynn Sawiak arraigned on the Information and plead not guilty ; disposition hearing is set for 9:00 7/26/06 for Samantha Lynn Leiloni Lee, for Jennifer Lynn Sawiak before Mag Judge James Stiven ; Tape No: RCM06-1:1940-3085 (jpp) (Entered: 07/17/2006) |
| 07/13/2006 | 10 | Joint Motion, STIPULATION and order by Magistrate Judge Roger C. McKee releasing material witness; material witness Claudia Rojas-Gutierrez released ; Abstract issued to USM (jpp) (Entered: 07/17/2006) |
| 07/17/2006 | 11 | NOTICE of hearing; on Court's own motion, disposition hearing is vacated and reset for 1:30 7/26/06 for Samantha Lynn Leiloni Lee before Mag Judge James Stiven (jpp) (Entered: 07/18/2006) |
| 07/17/2006 | 12 | NOTICE of hearing; on Court's own motion, disposition hearing is vacated and reset for 1:30 7/26/06 for Jennifer Lynn Sawiak before Mag Judge James Stiven (jpp) (Entered: 07/18/2006) |
| 07/20/2006 | 13 | NOTICE of hearing; on Court's ow motion, disposition hearing is vacated and reset for 9:00 8/3/06 for Samantha Lynn Leiloni Lee, for Jennifer Lynn Sawiak before Mag Judge Barbara Lynn Major ; acknowledgment next court date due 07/27/06 (jpp) (Entered: 07/20/2006) |
| 07/21/2006 | 14 | Minutes: Enter Order by Magistrate Judge Ruben B. Brooks States true name to be Jennifer Lynn Sowiak; counsel status held; Financial Affidavid filed; Federal Defendaners Inc appointed for dft Jennifer Lynn Sowiak ; Tape No: RBB06-1:927-1078; (cc: sys) (jpp) (Entered: 07/24/2006) |
| 07/21/2006 | 15 | FINANCIAL AFFIDAVIT by defendant Jennifer Lynn Sowiak (jpp) (Entered: 07/24/2006) |
| 08/04/2006 | | (Court only) Docket Modification (Utility Event) disposition hearing continued from 8/3/06 until 9:00 8/10/06 for Samantha Lynn Leiloni Lee before Mag Judge Barbara Lynn Major (vet) (Entered: 08/09/2006) |
| 08/04/2006 | | (Court only) Docket Modification (Utility Event) disposition hearing continued from 8/3/06 until 9:00 8/10/06 for Jennifer Lynn Sowiak before Mag Judge Barbara Lynn Major (vet) (Entered: 08/09/2006) |
| 08/10/2006 | 21 | CONSENT to plea before Magistrate Judge Barbara L. Major by Jennifer Lynn Sowiak (r1r) (Entered: 08/11/2006) |
| 08/10/2006 | 23 | FINDINGS and Recommendation by Magistrate Judge Barbara L. Major as to defendant Jennifer Lynn Sowiak :Recommending that the dist judge accept the dft's plea of guilty. Obj must be filed w/in 14 days of the date of this order. (r1r) (Entered: 08/11/2006) |

| | | |
|---|---|---|
| 08/10/2006 | 24 | PLEA Agreement as to Jennifer Lynn Sowiak (r1r) (Entered: 08/11/2006) |
| 08/10/2006 | 26 | Minutes: Enter Order by Magistrate Judge Barbara L. Major: Filed plea agreement. Change of plea. DFT tenders a plea of guilty to cnt 1 of the information. Referred to probation for PSR. Accept plea/PO rpt and sent set for 11/3/06 at 9:00am before Judge John A. Houston as to Samantha Lynn Leiloni Lee, Jennifer Lynn Sowiak ; all pending motions - withdrawn; all pending dates vacated; Tape Number: Dft 1 BLM06-1:755-2020; Dft 2 BLM06-1:2020-3365 (r1r) (Entered: 08/14/2006) |
| 08/10/2006 | 27 | Minutes: Enter Order by Magistrate Judge Barbara L. Major X7 (proposed plea agreement) from 8/10/06 to 11/3/06 as to Samantha Lynn Leiloni Lee, Jennifer Lynn Sowiak , XT1 (continuance - dft tendered a guilty plea) from 8/10/06 to 11/3/06 as to Samantha Lynn Leiloni Lee, Jennifer Lynn Sowiak ; (r1r) (Entered: 08/14/2006) |
| 09/01/2006 | 28 | (Court only) Attorney Designation: Added attorney Andrew Lah for Jennifer Lynn Sowiak. Attorney Federal Defenders terminated. (jrl, ) (Entered: 09/04/2006) |
| 09/01/2006 | 29 | (Court only) Attorney Designation: Added attorney Christopher Michael Alexander for United States of America. Attorney U S Attorney CR terminated (acr) (Entered: 09/08/2006) |
| 10/16/2006 | 31 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Jennifer Lynn Sowiak (Attachments: # 1 Proof of Service)(Lah, Andrew) (Entered: 10/16/2006) |
| 10/25/2006 |  | NOTICE OF HEARING as to Defendants Samantha Lynn Leiloni Lee, Jennifer Lynn Sowiak. Accept Plea with P.O. Report set for 11/3/2006 09:00 AM in Courtroom 11 before Judge John A. Houston. (lwm, ) (Entered: 10/25/2006) |
| 11/06/2006 | 35 | Minute Entry for proceedings held before Judge John A. Houston : Accept Plea with P.O. Report reset for 11/30/2006 09:30 AM on Court's own motion in Courtroom 11 before Judge John A. Houston. (Court Reporter N/A). (lwm, ) (Entered: 11/06/2006) |
| 11/09/2006 | 37 | SENTENCING MEMORANDUM by Jennifer Lynn Sowiak (Attachments: # 1 Exhibit # 2 Proof of Service)(Lah, Andrew) (Entered: 11/09/2006) |
| 11/30/2006 | 41 | Minute Entry for proceedings held before Judge John A. Houston :Plea entered by Jennifer Lynn Sowiak (2) Guilty Count 1. Accept Plea with P.O. Report held on 11/30/2006 for Jennifer Lynn Sowiak (2). The Court accepts the guilty plea of the defendant to the one-count information. Count(s) 1, Custody of the Bureau of Prisons for EIGHTEEN (18) MONTHS, supervised release for THREE (3) YEARS with conditions. No fine. $100.00 penalty assessment. Appeal rights waived. The Court recommends custody be seved in State of Illinois. (Court Reporter Cameron Kircher).(Plaintiff Attorney Christopher Alexander, AUSA).(Defendant Attorney Andrew Lah, Federal Defenders, Inc.). (lwm, ) (Entered: |

| | | |
|---|---|---|
| | | 12/01/2006) |
| 12/05/2006 | 42 | JUDGMENT as to Jennifer Lynn Sowiak (2), Count(s) 1, Custody of the Bureau of Prisons for EIGHTEEN (18) MONTHS, supervised release for THREE (3) YEARS with conditions. No fine. $100.00 penalty assessment. Appeal rights waived. . Signed by Judge John A. Houston on 11/30/06. (jpp, ) Additional attachment(s) added on 12/7/2006 (jpp, ). (Entered: 12/06/2006) |
| 12/07/2006 | 44 | Corrected Judgment Returned Executed as to Samantha Lynn Leiloni Lee, Jennifer Lynn Sowiak on 12/07/06. (jpp, ) (Entered: 12/07/2006) |
| 03/12/2008 | 47 | Probation Jurisdiction Transferred to Northern District of Illinois, Eastern Division as to Jennifer Lynn Sowiak. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Attachments: # 1 transfer letter)(jpp) (Entered: 03/12/2008) |

I hereby attest and certify on  3-12-08
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy

```
                                          FILED
                                        JUL 1 3 2006
                                   CLERK, U.S. DISTRICT COURT
                                 SOUTHERN DISTRICT OF CALIFORNIA
                                 BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 06CR1593-JAH |
| Plaintiff, | INFORMATION |
| v. | Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| SAMANTHA LYNN LEILONI LEE (1), JENNIFER LYNN SOWIAK (2), | |
| Defendants. | |

On or about June 28, 2006, within the Southern District of California, defendants SAMANTHA LYNN LEILONI LEE and JENNIFER LYNN SOWIAK, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Claudia Rojas-Gutierrez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

DATED: 7-13-06.

CAROL C. LAM
United States Attorney

L. MARCEL STEWART
Assistant U.S. Attorney

♦AO 245B   (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

FILED

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2006 DEC -5 PM 2: 29

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____ DEPUTY

UNITED STATES OF AMERICA
v.
JENNIFER LYNN SOWIAK

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 06CR1593-JAH-02

Andrew Lah, Federal Defenders, Inc.
Defendant's Attorney

REGISTRATION NO. 99674198

☐

THE DEFENDANT:
☒ pleaded guilty to count(s)   One-count information.

☐ was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 8 USC 1324(a)(2)(B)(iii) & 18 USC 2 | BRINGING IN ILLEGAL ALIENS WITHOUT PRESENTATION AND AIDING AND ABETTING | 1 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☐ Count(s) _____ is ☐ are ☐ dismissed on the motion of the United States.

☒ Assessment: $100.00.

☒ No fine   ☐ Property forfeited pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

November 30, 2006
Date of Imposition of Sentence

HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

Entered Date:

06CR1593-JAH-02

AO 245B    (Rev. 9/00) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page __2__ of __4__

DEFENDANT: JENNIFER LYNN SOWIAK
CASE NUMBER: 06CR1593-JAH-02

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

EIGHTEEN (18) MONTHS

☒ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends custody be served in the State of Illinois.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

06CR1593-JAH-02

AO 245B   (Rev. 9/00) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page 3 of 4

DEFENDANT: JENNIFER LYNN SOWIAK
CASE NUMBER: 06CR1593-JAH-02

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:
THREE (3) YEARS.

## MANDATORY CONDITIONS

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.
The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.
The defendant shall cooperate as directed in the collection of a DNA sample, pursuant to 18 USC 3583(d).

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter. Testing requirements will not exceed submission of more than 4 drug tests per month during the term of supervision, unless otherwise ordered by court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

06CR1593-JAH-02

AO 245B  (Rev. 9/00) Judgment in a Criminal Case
Sheet 3 — Continued 2 — Supervised Release

Judgment—Page __4__ of __4__

DEFENDANT: JENNIFER LYNN SOWIAK
CASE NUMBER: 06CR1593-JAH-02

## SPECIAL CONDITIONS OF SUPERVISION

[x] Not possess any firearm, explosive device or other dangerous weapon.

[x] Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.

[ ] The defendant shall violate no laws, federal, state and local, minor traffic excepted.

[ ] If deported, excluded, or allowed to voluntarily return to country of origin, not reenter the United States illegally and report to the probation officer within 24 hours of any reentry to the United States; supervision waived upon deportation, exclusion, or voluntary departure.

[ ] Not transport, harbor, or assist undocumented aliens.

[x] Not associate with undocumented aliens or alien smugglers.

[ ] Not reenter the United States illegally.

[x] Not enter the Republic of Mexico without written permission of the Court or probation officer.

[x] Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

[ ] Not possess any narcotic drug or controlled substance without a lawful medical prescription.

[ ] Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

[ ] Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

[ ] Take no medication containing a controlled substance without valid medical prescription, and provide proof of prescription to the probation officer, if directed.

[ ] Participate in a mental health treatment program as directed by the probation office.

[ ] Provide complete disclosure of personal and business financial records to the probation officer as requested.

[ ] Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

[ ] Seek and maintain full time employment and/or schooling or a combination of both.

[ ] Resolve all outstanding warrants within _____ days.

[ ] Complete _____ hours of community service in a program approved by the probation officer within

[ ] Reside in a Community Corrections Center (CCC) as directed by the probation officer for a period of

[ ] Reside in a Community Corrections Center (CCC) as directed by the Bureau of Prisons for a period of commencing upon release from imprisonment.

[ ] Remain in your place of residence for a period of _____ , except while working at verifiable employment, attending religious services or undergoing medical treatment.

[ ] Not engage in any form of telemarketing, as defined in 18 USC 2325, without the written permission of the probation officer.

[ ] Comply with the conditions of the Home Confinement Program for a period of _____ months and remain at your residence except for activities or employment as approved by the court or probation officer. Wear an electronic monitoring device and follow procedures specified by the probation officer. Pay the total cost of electronic monitoring services, or a portion if deemed appropriate by the probation officer.

[x] Participate in a program of drug or alcohol abuse treatment, including urinalysis testing and counseling, as directed by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

06CR1593-JAH-02